| | | | |
|---|---|---|---|
| Com. v. Garner [12] | 453 MDA 2016<br>Affirmed | 01/11/2017 | CP–22–CR–0003867–2010<br>(Dauphin) |
| D.J. v. H.M. | 1033 MDA 2016<br>Affirmed | 01/11/2017 | 2016–00803<br>(Cumberland) |
| Com. v. Harris | 1658 WDA 2015<br>Affirmed | 01/11/2017 | CP–02–CR–0010562–2009<br>(Allegheny) |
| Com. v. Pittman | 1963 WDA 2015<br>Affirmed | 01/11/2017 | CP–02–CR–0002879–2013<br>(Allegheny) |
| Com. v. Brooks | 91 WDA 2016<br>Quashed | 01/11/2017 | CP–26–CR–0000979–2015<br>(Fayette) |
| S.A.S. v. S.E.B. | 325 WDA 2016<br>Vacated and<br>Remanded | 01/11/2017 | FD 15–008183–010<br>(Allegheny) |
| S.A.S. v. S.E.B. | 337 WDA 2016<br>Vacated and<br>Remanded | 01/11/2017 | FD 15–008183–010<br>(Allegheny) |
| Torma v. Parrot Construction Corp. | 363 WDA 2016<br>Affirmed,<br>Reversed and<br>Remanded | 01/11/2017 | GD 15–017669<br>(Allegheny) |
| Com. v. Barron | 398 WDA 2016<br>Affirmed | 01/11/2017 | CP–27–CR–0000034–2015<br>(Forest) |
| Com. v. Stanko | 477 WDA 2016<br>Affirmed,<br>Vacated and<br>Remanded | 01/11/2017 | CP–63–CR–0003156–2014<br>(Washington) |
| Com. v. Frazier | 519 WDA 2016<br>Affirmed | 01/11/2017 | CP–25–CR–0002474–2015<br>(Erie) |
| K.T. v. C.T. | 974 WDA 2016<br>Appeal<br>dismissed | 01/11/2017 | FD 2013–297<br>(Crawford) |
| D.S. v. A.S. | 1001 WDA 2016<br>Affirmed | 01/11/2017 | 2014–0786–CIVIL<br>(Armstrong) |
| Com. v. Palmer | 3086 EDA 2014<br>Affirmed | 01/12/2017 | CP–51–CR–0013136–2013<br>(Philadelphia) |
| Com. v. Ross [13] | 2972 EDA 2015<br>Vacated and<br>Remanded | 01/12/2017 | CP–51–CR–0009616–2013<br>(Philadelphia) |
| Com. v. Crawford | 3070 EDA 2015<br>Affirmed | 01/12/2017 | CP–23–CR–0007359–2014<br>(Delaware) |

12. Petition for reargument denied March 22, 2017.
13. Petition for reargument denied March 22, 2017.